UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-00346-2BO(4)

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) SEQUESTRATION ORDER |
| CHARLENE LYDIA BLAINE | ) |
| DONALD KENT BLAINE | ) |

This matter comes before the Court on the defendant's *Motion to Sequester Witnesses*.

The Court has reviewed the defendant's motion and the response by the United States. This Court hereby ORDERS:

- Pursuant to Fed. R. Evid. 615, all witnesses are sequestered during trial.

- Subject to the exception below, all lawyers, case agents, individuals related to or associated with the defendants, individuals assisting lawyers on behalf of the defendants, and previously called witnesses are prohibited from revealing anything about the trial testimony to any potential witness.

- HHS-OIG Special Agent Stephanie Cheek; Postal Inspector Angela Ellison; and OPM-OIG Special Agent Wayne M. VanVarick are not prohibited from discussing trial testimony with each other, the Government, and any non-witness for the purpose of assisting the Government in the prosecution of this case.

DONE AND ORDERED this ___2___ day of __May__, 2012

_____
The Honorable Terrence W. Boyle
United States District Judge